UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| IN RE: | |
|---|---|
| | UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND |
| CARL A BURKE | |
| Debtor(s) | CASE NO. BKY 18-32932 KAC |

Gregory A. Burrell, Chapter 13 Trustee, reports that distributions to Carl Burke in the amount of $2970.00, were unclaimed.

*Receipt # 211216 02-01-23*

CREDITOR:                      CLAIM NUMBER:       AMOUNT:
Carl Burke                                         $2970.00
1983 Gold Trail #B
Eagan, MN 55122

ACCOUNT NUMBER:
Refund

Please be advised that the original check was mailed to the claimant on or about March 28, 2022. Pursuant to Local Rule 3011-1(b), the Trustee submits this report and states that he has been unable to locate the creditor who filed the claim despite having made reasonable efforts to do so.

Gregory A. Burrell, Trustee

Dated: January 30, 2023

/s/ Gregory A. Burrell/hlc
Gregory A. Burrell, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee

RECEIVED BY MAIL
FEB 01 2023
TIME: _____
CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA